1

2



**09-CV-00805-BCST**

3

4

5

6

7

8

9    IN THE UNITED STATES DISTRICT COURT FOR THE
     WESTERN DISTRICT OF WASHINGTON

10

11   UNITED STATES OF AMERICA,

         Petitioner,                           Civil No.  C09-0805RSL

12

         v.                                    [~~PROPOSED~~] ORDER APPROVING
13                                             LEVY UPON PRINCIPAL RESIDENCE

14   BECKY L. BAUER,

         Respondent.

15

16       This matter having come before the Court upon the Petition of the United States

17   (Doc. No. 1) and the accompanying Declaration and exhibits attached thereto (Doc. No.

18   2), the Court having issued an Order to Show Cause (Doc. No. 7), which was properly

19   served on an attorney designated by Respondent Becky L. Bauer for accepting service

20   (Doc. No. 12), Respondent Becky L. Bauer having filed no written Objection to Petition,

21

22
[PROPOSED] ORDER APPROVING LEVY          - 1 -        U.S. DEPARTMENT OF JUSTICE
UPON PRINCIPAL RESIDENCE                              TAX DIVISION
(CIV. NO.  C09-0805RSL)                               P.O. BOX 683, BEN FRANKLIN STATION
                                                      WASHINGTON, D.C. 20044
                                                      (202) 307-6432

                                                      5127221.1

1    IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section

2   6334, the Court GRANTS the Petition for Judicial Approval of Levy Upon Principal

3   Residence.  The Internal Revenue Service may levy upon Respondent Becky L. Bauer's

4   interest in the property located at 10501 8th Ave. NE, Unit 411, Seattle, Washington

5   98125 to satisfy part or all of her unpaid tax liabilities for the taxable years 2004 and

6   2005, which may be executed by any authorized officer of the Internal Revenue Service.

7    It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this

8   ORDER to:

9                               ALEXIS V. ANDREWS
                                Trial Attorney
10                              U.S. Department of Justice, Tax Division
                                P.O. Box 683
11                              Ben Franklin Sta.
                                Washington, D.C.  20044
12
                                LAWRENCE BLUE
13                              420 Bell St.
                                Edmonds, WA 98020
14

15    IT IS SO ORDERED.

16   Dated this 15th day of March , 2010.

17

18   _____

       UNITED STATES DISTRICT JUDGE
19

20

21
     [PROPOSED] ORDER APPROVING LEVY              - 2 -          U.S. DEPARTMENT OF JUSTICE
     UPON PRINCIPAL RESIDENCE                                   TAX DIVISION
22   (CIV. NO.  C09-0805RSL)                                    P.O. BOX 683, BEN FRANKLIN STATION
                                                                WASHINGTON, D.C. 20044
                                                                (202) 307-6432

                                                                            5127221.1